UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHUSHPAL K. SARAN,

                      Plaintiff,

v.                                                    **ORDER**

JOSEPH A. PETERS, et al.,                   16-cv-06013 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me. Due to a further conference scheduled before Magistrate Judge Smith and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for April 24, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       April 13, 2020

                                                                 Philip M. Halpern
                                                                 United States District Judge