UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Saran,<br><br>        Plaintiff,<br><br>    - *against* -<br><br>Peters,<br><br>        Defendant. | **ORDER**<br><br><br>16CV6013 (PMH)(LMS) |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**

During a conference held on today's date, the Court mistakenly set a briefing schedule for Defendant's anticipated motion for summary judgment. The Court hereby withdraws the motion schedule and directs the parties to comply with the Individual Rules of the Honorable Philip M. Halpern, the District Judge to whom this case is assigned, regarding motion practice, as soon as discovery is complete.

Dated: August 14, 2020
       White Plains, New York

            SO ORDERED,

            _____
            Lisa Margaret Smith
            United States Magistrate Judge
            Southern District of New York